IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**HUGH A. JEFFREYS**                                                                  **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 2:08-CV-209-SA-SAA**

**DEBRA WEST**                                                                **DEFENDANT**

**ORDER OF DISMISSAL**

Pursuant to an opinion issued this day, it is hereby ordered that Debra West's Motion to Dismiss is granted. It is, therefore, ordered that all claims in this matter are dismissed with prejudice.

SO ORDERED, this the 29th day of January, 2009.

                                                                            **/s/ Sharion Aycock**
                                                                       **UNITED STATES DISTRICT JUDGE**